IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAVERICK TAYLOR, # 286981, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:20-cv-685-ECM |
| | ) |
| WARDEN BUTLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## OPINION and ORDER

On October 30, 2020, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures to comply with the order of the Court and to prosecute this action.

A separate Final Judgment will be entered.

Done this 18th day of December, 2020.

                                   /s/ Emily C. Marks
                                   EMILY C. MARKS
                                   CHIEF UNITED STATES DISTRICT JUDGE